

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE | § | No. 08-23-00223-CV |
| ARCH INSURANCE COMPANY, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Mike Swanson, Judge of the 143rd District Court of Reeves, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.